**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS P. VITRANO, | Case No. CV 13-5508 JGB (SS) |
|         Petitioner, | **ORDER ACCEPTING FINDINGS,** |
|    v. | **CONCLUSIONS, AND** |
| WARDEN MILUSNIC, | **RECOMMENDATIONS OF UNITED** |
|         Respondent. | **STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1      **IT IS ORDERED** that Judgment shall be entered dismissing this
2 action without prejudice.
3
4      **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner and counsel for
6 Respondent.
7
8      **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED:   December 27, 2013
11                                          _____
                                             JESUS G. BERNAL
12                                           UNITED STATES DISTRICT JUDGE

2