O     JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS P. VITRANO, | Case No. CV 13-5508 JGB (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN MILUSNIC, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 27, 2013

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE